United States District Court
Southern District of Texas
**ENTERED**
March 10, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| DEBRA NELL HOUSTON, § | |
| § | |
| Plaintiff, § | |
| VS. § | 3:20-CV-212 |
| § | |
| DISH NETWORK, LLC § | |
| § | |
| Defendant. § | |

## ORDER GRANTING AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Before the court is the parties' joint stipulation of dismissal. Dkt. 24.

Accordingly, the court orders that all claims in this action be dismissed with prejudice purusuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Each party shall bear its own attorneys' fees and costs.

Signed on Galveston Island on the 10th day of March, 2021.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE